# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JOE WADE TAYLOR,**

     **Plaintiff,**

**vs.**                                                                                 **Case No. 4:19cv372-MW-CAS**

**CAPTAIN D's, et al.,**

     **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case on August 9, 2019, by submitting an an in forma pauperis motion, ECF No. 2, and a civil rights complaint under 42 U.S.C. § 1983.  ECF No. 1.  Plaintiff recently submitted another document as well, ECF No. 4, but it is unsigned and is of no effect.

Plaintiff's in forma pauperis motion is signed, but contains little else to demonstrate Plaintiff's financial ability.  ECF No. 2.  Plaintiff appears to have randomly answered some questions, but the answers are nonsensical.  For purposes of reviewing the complaint, however, the motion should be granted.

Plaintiff's complaint, ECF No. 1, has been reviewed, but it fares no better.  There are no clear factual allegations and Plaintiff's statements are a nonsensical jumble of words.  Plaintiff's attached documents contain gibberish and are not presented in any order.  This case cannot continue.

Federal law permits a United States District Court to dismiss a case filed in forma pauperis, if it is satisfied that the action is frivolous or malicious.  The Supreme Court has recognized two types of cases which may be dismissed, sua sponte, pursuant to 28 U.S.C. § 1915(d).  Neitzke v. Williams, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989).  The first type of case has "claim(s) based on an indisputably meritless legal theory," and the second contains "claims whose factual contentions are clearly baseless."  *Id.*  This case lacks both an arguable basis in law and is clearly removed from reality.  Sultenfuss v. Snow, 894 F.2d 1277 (11th Cir. 1990) (citing Neitzke).  Dismissal is appropriate.

**RECOMMENDATION**

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's in forma pauperis motion, ECF No. 2, be **GRANTED** for the limited purpose of

dismissal, and Plaintiff's complaint, ECF No. 1, be **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on August 29, 2019.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**



## <u>NOTICE TO THE PARTIES</u>

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**