IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOE WADE TAYLOR,

    Plaintiff,

v.                                        Case No. 4:19cv372-MW/CAS

CAPTAIN D's, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's *in forma pauperis* motion, ECF No. 2, is **GRANTED** for the limited purpose of dismissal. Plaintiff's complaint, ECF No. 1, is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted." The Clerk shall also close the file.

    **SO ORDERED on September 26, 2019.**

                                                      **s/ MARK E. WALKER**
                                                      **Chief United States District Judge**